# EXHIBIT "C"
## State Court Pleadings

6/22/2015 8:00:00 AM
**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-15-002471**

CAUSE NO. D-1-GN-15-002471 _____

| | | |
|---|---|---|
| **JOSE NORBERTO VALDEZ,** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | 98TH |
| v. | § | _____ **JUDICIAL DISTRICT** |
| | § | |
| **MEDTRONIC USA, INC.; MEDTRONIC** | § | |
| **INC.; and MEDTRONIC SOFAMOR** | § | |
| **DANEK USA, INC.; all d/b/a** | § | |
| **MEDTRONIC NEUROMODULATION,** | § | |
| | § | |
| *Defendant.* | § | **TRAVIS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

Plaintiff, JOSE NORBERTO VALDEZ respectfully comes before this Court and asserts the following factual allegations and causes of action against Defendants MEDTRONIC USA, INC, MEDTRONIC, INC., and MEDTRONIC SOFAMOR DANEK USA, INC., all d/b/a MEDTRONIC NEUROMODULATION.

### I.  DISCOVERY

Plaintiff pleads that discovery in this matter shall be conducted pursuant to Rule 190.3 (Level II) of the Texas Rules of Civil Procedure.

### II. PARTIES

Plaintiff JOSE NORBERTO VALDEZ is an individual residing in, Austin, Travis County, Texas.

Defendant MEDTRONIC USA, INC., is a Minnesota Corporation with its principal office located at 710 Medtronic Parkway, Minneapolis, Minnesota 55432-5604. Defendant MEDTRONIC USA, INC., may be served with process through its Registered Agent, CT

Corporation, 350 N. St. Paul Street, Suite 2900, Dallas, Texas 75201.   Defendant MEDTRONIC USA, INC., does business as MEDTRONIC NEUROMODULATION.

Defendant MEDTRONIC, INC., is a Minnesota Corporation with its principal office located at 710 Medtronic Parkway, Minneapolis, Minnesota 55432-5604. Defendant MEDTRONIC, INC., may be served with process through its Registered Agent, CT Corporation, 350 N. St. Paul Street, Suite 2900, Dallas, Texas 75201.   Defendant MEDTRONIC, INC., does business as MEDTRONIC NEUROMODULATION.

Defendant MEDTRONIC SOFAMOR DANEK USA, INC., is a Tennessee Corporation with its principal office located at 2600 Sofamor Danek Drive, Memphis, Tennessee 38132. Defendant MEDTRONIC SOFAMOR DANEK USA, INC., may be served with process through its Registered Agent, CT Corporation, 350 N. St. Paul Street, Suite 2900, Dallas, Texas 75201. Defendant MEDTRONIC SOFAMOR DANEK USA, INC., does business as MEDTRONIC NEUROMODULATION.[1]

### III.   JURISDICTION AND VENUE

This Court has subject matter jurisdiction over this lawsuit because the events making the basis of this lawsuit occurred in Austin, Travis County, Texas and the resolution of this dispute requires the application of Texas law.   The amount in controversy is within this Court's jurisdictional limit.

This Court has personal jurisdiction over the parties. All the parties are either individual or corporate residents of the State of Texas, have sufficient minimum contacts with the State of Texas, and/or have purposefully availed themselves of the laws and markets of the State of Texas so as to not offend traditional notions of fair play and substantial justice.

---

[1] All of the Medtronic entities identified will be collectively referred to as "Medtronic."

This Court is the proper venue to hear this lawsuit pursuant to Tex. Civ. Prac. & Rem. Code § 15.002(a)(1)-(3), because the defective stimulator medical device was sold to Plaintiff in Austin, Travis County, Texas, and the torts were committed in Austin, Travis County, Texas.

## IV.  FACTS

Plaintiff has a history of chronic back pain dating back to 2006.  While the pain did not debilitate him, it was bothersome.  Plaintiff decided to seek surgical intervention to address his chronic pain issues.  On or about June 27, 2011, Plaintiff, JOSE NORBERTO VALDEZ, was implanted with a neurostimulator medical device designed and manufactured by Medtronic.  The procedure was performed by Dr. Daniel Peterson, of Austin, Brain and Spine, at University Medical Center Brackenridge in Austin.

According to Medtronic, a "neurostimulator" medical device is a surgically placed device about the size of a stopwatch. It delivers mild electrical signals to the epidural space near your spine through one or more thin wires, called leads. Medtronic states that neurostimulation provides pain relief by blocking the pain messages before they reach the brain.  According to Medtronic, the device has a reliable life span of nine (9) years. Specifically, Medtronic alleges:

> While other manufactures may state that their batteries have a longevity greater than 9 years, it's important to understand that many other factors and components are involved in determining the overall longevity of an implanted medical device. The result of extensive design and testing involved in manufacturing rechargeable neurostimulators give Medtronic confidence that our device is reliable for 9 years. To achieve this distinction, Medtronic rigorously verified and validated the many components that impact device longevity, not just the battery. The result is a rechargeable neurostimulator that delivers reliable performance over the entire period of predicted service.[2]

---

[2] Medtronic Neurostimulator features and specifications.

Medtronic first received FDA pre-market approval[3] for the RestoreSensor device in 1984. Since the initial 1984 PMA, Medtronic has submitted 285 PMA supplements regarding the device.[4] In September of 2013, Medtronic issued a public notification titled: "Urgent: Medical Device Correction – Loss of Stimulation and Over Stimulation."[5] Medtronic has also issued a recall of the neurostimulator it sold to Plaintiff for "overstimulation or stimulation in the wrong area."[6]

Furthermore, the neurostimulator is offered under the premise that "if you no longer need the neurostimulator or change your mind about the treatment, your doctor can turn off or surgically remove the system at any time."[7] Mr. Valdez relied on these express warranties in deciding to purchase and install the RestoreSensor in his body.

After the device was implanted, Plaintiff freely ambulated and engaged in physical activities with little pain or discomfort. Plaintiff jogged, exercised, and generally had no complaints. However, roughly two years later, in the fall of 2013, Plaintiff's stimulator began experience charging malfunctions. Plaintiff had gone to Mexico on a family vacation and left his charger at home. When he returned, the device would not maintain a charge and thus was not properly working. Plaintiff began to feel severe pain in his legs and back and sought medical intervention. The device also sporadically began shocking the Plaintiff's spine, or as Medtronic put it in their "urgent notice," overstimulating.

On one occasion, Plaintiff was resting peacefully in bed when he was zapped by his device even though it was in the "off" position. Plaintiff later stated that the device frequently was switched to "off" and then would switch on by itself and deliver an electrical pulse. Plaintiff

---

[3] "PMA"

[4] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=26870.

[5] http://professional.medtronic.com/pt/neuro/scs/ind/product-advisories/index.htm.

[6] https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRes/res.cfm?id=122448.

[7] Medtronic website

began living in fear, never knowing when he would receive an electrical zap from the device in his body. Due to these developments, Sarah Sexton, a Medtronic representative recommended the device be replaced.

Plaintiff presented back to Dr. Peterson who agreed to a revision surgery to remove and replace the original stimulator's leads and battery. Plaintiff underwent the revision surgery on February 5, 2014. In his post-operative notes, Dr. Peterson stated that the leads and battery were much more difficult to remove than anticipated, and thus, the surgery was more complicated than he foresaw. Dr. Peterson was forced to perform a laminotomy procedure above and below the original placement of the device due to complications with the old leads.

After the surgery, Plaintiff immediately experienced paralysis in his lower extremities and proprioceptive defects. Essentially he lost function in his lower extremities and experienced severe muscle fatigue and numbness in his legs. Prior to the surgery he was completely independent in activities of daily living. The Medtronic representative, Ms. Sexton, was promptly made aware of the injuries caused by the surgery.

Dr. Peterson performed another operation and removed the stimulator on February 7, 2014.

Medtronic's website specifically states that the neurotransmitter may be removed and that "your doctor can turn off or surgically remove the system at any time."

However, Plaintiff's stimulator could not be removed without causing catastrophic injuries. For all intents and purposes, the neurostimulator implanted in Plaintiff was of a permanent nature.

As a direct and proximate result of Defendant's breaches of an express warranty, Plaintiff has suffered severe personal injuries and incurred the damages set forth below, for which he hereby sues.

## V. CAUSES OF ACTION

A.    *Count 1*:    *Breach of Express Warranty*

Plaintiff incorporates the preceding paragraphs by reference.

Medtronic warrants that the RestoreSensor will work reliably for up to nine (9) years.[8]

Medtronic warrants that the device (1) "[l]istens and senses when the patient changes position"; (2) "learns from previous experience and remembers the patient's last comfortable setting while upright (standing or sitting), lying down, or active in an upright position (e.g., jogging)"; and (3) "[r]esponds by automatically adjusting stimulation to the patient's optimal settings in each position."[9]

Medtronic warrants that "if you no longer need the neurostimulator or change your mind about the treatment, your doctor can turn off or surgically remove the system at any time."[10]

The Medtronic neurostimulator implant sold to Plaintiff and implanted into his spine did not conform to Medtronic's affirmations, promises, descriptions, and/or samples of the product. The specific device at issue in this case did not work reliably, and would administer a shock to the spine of Plaintiff in random intervals.  These failures occurred far sooner than the nine year life-span indicated.   When Plaintiff attempted to remove the device, the procedure caused catastrophic injury.

Medtronic breached the express warranties of their product to Plaintiff.  Medtronic was promptly informed of the breaches and failed to honor the warranty, repair the device, or repair

---

[8] Medtronic Neurostimulator features and specifications.
[9] Medtronic Neurostimulator features and specifications.
[10] Medtronic website

or compensate for the damages caused by the breaches. The laws and claims supporting the breach of warranty parallel 21 U.S.C.S. § 352(q) (a restricted device such as a neurostimulator is misbranded if it uses false or misleading advertising).

As a direct and proximate result, Plaintiff suffered economic injuries, severe personal injuries and related damages in an amount to be proven at trial.

B.   *Count 2*:      *Deceptive Trade Practices Act*

Plaintiff incorporates the preceding paragraphs once again, by reference. The actions of Defendants described above constitute a breach of warranty in violation of the Texas Deceptive Trade Practices – Consumer Protection Act, (DTPA).[11] Plaintiff is a consumer under the DTPA because he is an individual who sought and acquired goods or services by the Defendants through purchase.[12] Defendants are corporations that can be sued under the DTPA. Defendants violated the DTPA when Defendants breached the express warranty outlined above, resulting in catastrophic injury to Plaintiff.

It was impractical for Plaintiff to give Defendants written notice under Tex. Bus. & Comm. Code 17.505(a), because Plaintiff needed to file suit in order to prevent the expiration of the statute of limitations. Therefore, written notice was not required in this case.[13] The laws and claims supporting the breach of warranty parallel 21 U.S.C.S. § 352(q) (a restricted device such as a neurostimulator is misbranded if it uses false or misleading advertising).

As a result of the breach, Plaintiff has incurred damages as set forth below. Furthermore, the breaches of Medtronic were made knowingly, which entitles Plaintiff to additional damages under the DTPA.[14]

---

[11] Tex. Bus. & Comm. Code § 17.50(a)(2)
[12] *U.S. Tire-Tech, Inc. v. Boeran, B.V.*, 110 S.W.3d 194, 197 (Tex. App. – Houston [1st Dist.] 2003, pet. Denied).
[13] Tex. Bus. & Comm. Code 17.505(b).
[14] Tex. Bus. & Comm. Code § 17.50(b)(1).

## VI.    DAMAGES

As a direct result of the actions of Defendants described above, Plaintiff JOSE NORBERTO VALDEZ has incurred, and will incur in the future the following damages:

1.    Medical treatment paid or incurred in the past;

2.    Medical treatment which will be necessary in the future;

3.    Past and future physical pain and suffering;

4.    Past and future physical impairment;

5.    Disfigurement;

6.    Past and future mental anguish;

7.    Past and future lost wages;

8.    Past and future loss of enjoyment of life and services;

9.    Economic damages

Furthermore, Defendant acted knowingly which entitles Plaintiff to recover damages for mental anguish and additional treble damages under Texas law.[15]

Pursuant to TEX. R. CIV. P. 47, Plaintiff seeks monetary relief of over $1,000,000.00 in this case.

## VII.  ATTORNEY'S FEES

Furthermore, Plaintiff requests an award of reasonable and necessary attorney's fees in this suit.[16]

---

[15] Tex. Bus. & Comm. Code § 17.50(b)(1).
[16] Tex. Bus. & Comm. Code § 17.50(d).

## VIII.   REQUEST FOR DISCLOSURE

Under Rule 194 of the Texas Rules of Civil Procedure, Plaintiff requests that Defendant disclose the information or material described in TEX. R. CIV. P. 194.2 within 50 days of service of this request.

## X.   JURY DEMAND

Plaintiff demands a trial by jury. Plaintiff has deposited with the clerk of court the required fee and has complied with TEX. R. CIV. P. 216.

## XI.   CONDITIONS PRECEDENT

All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

## XII.   PRAYER

Plaintiff prays that Defendant be cited according to law to appear and answer herein, and that upon final trial, Plaintiff have judgment against Defendant as follows:

1.   An award of economic and actual damages as outlined above;

2.   Treble damages;

3.   An award of pre-judgment and post-judgment interest;

4.   Court costs;

5.   Attorney's fees; and

6.   Any other relief the Court determines is just under the circumstances.

Respectfully submitted,

THE MEYERSON LAW FIRM, P.C.
2224 Walsh Tarlton Lane, Suite 120
Austin, Texas 78746
Phone:  (512) 330-9001 │ Fax:  (512) 330-9005

By: _____
    JEFF M. MEYERSON, TSB No.  00788051
    COLE GUMM, TSB No. 24088963
    CHANCE WELDON, TSB No. 24076767
    ATTORNEYS FOR PLAINTIFF

## CIVIL CASE INFORMATION SHEET (REV. 2/13)

**D-1-GN-15-002471**

**98TH**

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____    COURT *(FOR CLERK USE ONLY):* _____

STYLED   Jose Norberto Valdez v. Medtronic USA, Inc., Medtronic Inc., and Medtronic Sofamor Danek USA, Inc., all d/b/a Medtronic Neuromodulation

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>Jeff M. Meyerson | Email:<br><br>Jeffm@meyersonfirm.com | Plaintiff(s)/Petitioner(s):<br><br>Jose Norberto Valdez | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____ |
| Address:<br><br>2224 Walsh Tarlton Lane \| Suite 120 | Telephone:<br><br>512-330-9001 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br><br>Austin, Texas 78746 | Fax:<br><br>512-330-9005 | Defendant(s)/Respondent(s):<br><br>Medtronic USA, Inc.<br><br>Medtronic Inc. | Custodial Parent:<br><br><br>Non-Custodial Parent: |
| Signature: | State Bar No:<br><br>00788051 | Medtronic Sofamor Danek USA, Inc. | Presumed Father: |
| | | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| | Civil | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☒Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>  ☐Accounting<br>  ☐Legal<br>  ☐Medical<br>  ☐Other Professional<br>    Liability:<br><br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>  ☐Asbestos/Silica<br>  ☐Other Product Liability<br>    List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/<br>  Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>  Pre-indictment<br>☐Other: _____ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>  ☐With Children<br>  ☐No Children<br><br>**Other Family Law**<br>☐Enforce Foreign<br>  Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>  of Minority<br>☐Other: | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br>  Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>  Rights<br>☐Other Parent-Child: |
| **Employment** | | **Other Civil** | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>  Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: _____ | | |

| Tax | | Probate & Mental Health | |
|---|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>  ☐Dependent Administration<br>  ☐Independent Administration<br>  ☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: _____ | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought *(do not select if it is a family law case):***
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☒Over $1,000,000

Filed in The District Court
of Travis County, Texas

JUL - 1 2015

At _____ 3:10 _____ M.
Velva L. Price, District Clerk

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-15-002471**

JOSE NORBERTO VALDEZ
                                                          , Plaintiff
        vs.
MEDTRONIC USA, INC.; MEDTRONIC INC.; AND MEDTRONIC SOFAMOR DANEK USA, INC,; ALL
D/B/A MEDTRONIC NEUROMODULATION
                                                          , Defendant

TO:  MEDTRONIC INC DBA MEDTRONIC NEUROMODULATION
     BY SERVING ITS REGISTERED AGENT, CT CORPORATION
     350 N. ST. PAUL STREET, SUITE 2900
     DALLAS, TEXAS 75201

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written
answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the
expiration of twenty days after you were served this citation and petition, a default judgment may
be taken against you.**

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE of the PLAINTIFF
in the above styled and numbered cause, which was filed on JUNE 23, 2015 in the 98TH JUDICIAL
DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, June 23, 2015.

REQUESTED BY:
JEFFREY MARK MEYERSON
2224 WALSH TARLTON LN., STE. 120
AUSTIN, TX 78746
BUSINESS PHONE:(512)330-9001  FAX:(512)330-9005



004102739

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: GLASSON SHAUN

-- -- --  R E T U R N  -- -- --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION AND REQUEST

FOR DISCLOSURE accompanying pleading, having first attached such copy of such citation to such copy

of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Notary Public, THE STATE OF TEXAS

_____
Sheriff / Constable / Authorized Person

By _____

AUSTIN PROCESS, LLC
Printed Name of _____

603 NUECES
AUSTIN, TX 78701

_____ County, Texas

SERVICE RETURN ATTACHED

D-1-GN-15-002471                          SERVICE FEE NOT PAID                          P01 - 000031015

☐ Original    ☐ Service Copy

# AFFIDAVIT OF SERVICE

State of Texas                    County of Travis                    98th Judicial District Court

Case Number: D-1-GN-15-002471

Plaintiff:
**Jose Norberto Valdez**
vs.
Defendant:
**Medtronic USA, Inc., Medtronic, Inc. and Medtronic Sofamor Danek
USA, Inc., All D/B/A Medtronic Neuromodulation**

For:
The Meyerson Law Firm, P.C.
2224 Walsh Tarlton Lane
Ste. 120
Austin, TX 78746

Received by Austin Process LLC on the 24th day of June, 2015 at 10:23 am to be served on **Medtronic, Inc. DBA
Medtronic Neuromodulation by serving its Registered Agent, CT Corporation, 1999 Bryan Street, Ste. 900,
Dallas, TX 75201**.

I, Nicole M. Hybner, being duly sworn, depose and say that on the 29th day of June, 2015 at 9:40 am, I:

**SERVICE BY CERTIFIED MAIL** served by delivering a true copy of the **Citation and Plaintiff's Original Petition
and Request for Disclosure** with the date of service endorsed thereon by me, to: **Chris Wells, CT Corporation**
at the address of: **1999 Bryan Street, Ste. 900, Dallas, TX 75201**, and informed said person of the contents
therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/24/2015  10:28 am   Sent CMRRR 7014 3490 0000 6400 0710; Return Receipt #9590 9401 0006 5071 0365 24

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified
Process Server, in good standing, in the judicial circuit in which the process was delivered.  The facts stated in this
affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 1st day of
July, 2015 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

_____
Nicole M. Hybner
SCH-9631, Exp. 4/30/18

**Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071**

Our Job Serial Number: MST-2015003001
Ref: Valdez v. Medtronic, et al.

DANE R CUPPETT
My Commission Expires
December 8, 2017

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t

Case Number:  D-1-GN-15-002471

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Medtronic, Inc
c/o CT Corporation
1999 Bryan Street, Ste. 900
Dallas, TX  75201
Our Job No 3001

9590 9401 0006 5071 0365 24

2. Article Number *(Transfer from service label)*
7014 3490 0100 6400 0710

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*  JUN 2 3 20??
Chris Wall

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Unofficial Copy - Travis Co. District Clerk Velva L. Price

Filed in The District Court
of Travis County, Texas

**JUL - 2 2015**

At _____ _____ M.

Velva L. Price, District Clerk

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-15-002471**

JOSE NORBERTO VALDEZ

, Plaintiff

vs.

MEDTRONIC USA, INC.; MEDTRONIC INC.; AND MEDTRONIC SOFAMOR DANEK USA, INC,; ALL
D/B/A MEDTRONIC NEUROMODULATION

, Defendant

TO:   MEDTRONIC SOFAMOR DANEK USA INC DBA MEDTRONIC NEUROMODULATION
      BY SERVING ITS REGISTERED AGENT, CT CORPORATION
      350 N. ST. PAUL STREET, SUITE 2900
      DALLAS, TEXAS 75201

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written
answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the
expiration of twenty days after you were served this citation and petition, a default judgment may
be taken against you.**

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE of the PLAINTIFF
in the above styled and numbered cause, which was filed on JUNE 17, 2015 in the 98TH JUDICIAL
DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, June 25, 2015.

REQUESTED BY:
JEFFREY MARK MEYERSON
2224 WALSH TARLTON LN., STE. 120
AUSTIN, TX 78746
BUSINESS PHONE:(512)330-9001  FAX:(512)330-9005

004102798

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: GLASSON SHAUN

- - - - - - - - - - - - - -   R E T U R N   - - - - - - - - - - - - - -

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION AND REQUEST
FOR DISCLOSURE accompanying pleading, having first attached such copy of such citation to such copy
of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this _____

_____ day of _____, _____.

Sheriff / Constable / Authorized Person

By:_____

AUSTIN PROCESS, LLC
309 NUECES
AUSTIN, TX 78701

Printed Name of Server

_____
Notary Public, THE STATE OF TEXAS

_____ County, Texas

D-1-GN-15-002471                    SERVICE FEE NOT PAID              P01 - 000031016

☐ Original   ☐ Service Copy



# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Travis**                    **98th Judicial District Court**

Case Number: D-1-GN-15-002471

Plaintiff:
**Jose Norberto Valdez**
vs.
Defendant:
**Medtronic USA, Inc., Medtronic, Inc. and Medtronic Sofamor Danek
USA, Inc., All D/B/A Medtronic Neuromodulation**

For:
The Meyerson Law Firm, P.C.
2224 Walsh Tarlton Lane
Ste. 120
Austin, TX  78746

Received by Austin Process LLC on the 24th day of June, 2015 at 10:23 am to be served on **Medtronic Sofamor Danek USA, Inc. DBA Medtronic Neuromodulation by serving its Registered Agent, CT Corporation, 1999 Bryan Street, Ste. 900, Dallas, TX 75201.**

I, Nicole M. Hybner, being duly sworn, depose and say that on the 29th day of June, 2015 at 9:40 am, I:

**SERVICE BY CERTIFIED MAIL** served by delivering a true copy of the **Citation and Plaintiff's Original Petition and Request for Disclosure** with the date of service endorsed thereon by me, to: **Chris Wells, CT Corporation** at the address of: **1999 Bryan Street, Ste. 900, Dallas, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/24/2015  10:28 am   Sent CMRRR 7014 3490 0000 5300 0727; Return Receipt #9590 9401 0006 5071 0365 31

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered.  The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 2nd day of July, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

DANE R CUPPETT
My Commission Expires
December 8, 2017

_____
Nicole M. Hybner
SCH-9631, Exp. 4/30/18

**Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071**

Our Job Serial Number: MST-2015003002
Ref: Valdez v. Medtronic, et al.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t

Case Number: D-1-GN-15-002471

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Medtronic Sofamor Danek USA, Inc.
c/o CT Corporation
1999 Bryan Street, Ste. 900
Dallas, TX 75201
Our Job No 3002

9590 9401 0006 5071 0365 31

2. Article Number (Transfer from service label)

7014 3490 0000 0400 0727

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Chris Wells
C. Date of Delivery
JUN 2 9 2015

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-15-002471**

Filed in The District Court
of Travis County, Texas
JUL - 1 2015
At __3:10__
Velva L. Price, District Clerk
P.M.

JOSE NORBERTO VALDEZ
, Plaintiff

vs.

MEDTRONIC USA, INC.; MEDTRONIC INC.; AND MEDTRONIC SOFAMOR DANEK USA, INC,; ALL
D/B/A MEDTRONIC NEUROMODULATION
, Defendant

TO:   MEDTRONIC USA INC DBA MEDTRONIC NEUROMODULATION
      BY SERVING ITS REGISTERED AGENT, CT CORPORATION
      350 N. ST. PAUL STREET, SUITE 2900
      DALLAS, TEXAS 75201

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the
expiration of twenty days after you were served this citation and petition, a default judgment may
be taken against you.

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE of the PLAINTIFF
in the above styled and numbered cause, which was filed on JUNE 17, 2015 in the 98TH JUDICIAL
DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, June 23, 2015.

REQUESTED BY:
JEFFREY MARK MEYERSON
2224 WALSH TARLTON LN., STE. 120
AUSTIN, TX 78746
BUSINESS PHONE:(512)330-9001   FAX:(512)330-9005

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

004102738

PREPARED BY: GLASSON SHAUN

- - - - - - - - - - R E T U R N - - - - - - - - - - -

Came to hand on the _____ day of _____, _____ o'clock _____M., and
executed at _____ within the County of
_____ on the _____ day of _____, _____, at _____ o'clock _____M.,
by delivering to the within named _____, each
in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION AND REQUEST
FOR DISCLOSURE accompanying pleading, having first attached such copy of such citation to such copy
of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____,

Sheriff / Constable / Authorized Person

By: _____

AUSTIN PROCESS, LLC.
809 NUECES
AUSTIN, TX 78701
Printed Name of Server

_____          _____ County, Texas
Notary Public, THE STATE OF TEXAS

D-1-GN-15-002471                                    SERVICE FEE NOT PAID                    P01 - 000031014

☐ Original   ☐ Service Copy

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Travis**                         **98th Judicial District Court**

Case Number: D-1-GN-15-002471

Plaintiff:
**Jose Norberto Valdez**
vs.
Defendant:
**Medtronic USA, Inc., Medtronic, Inc. and Medtronic Sofamor Danek
USA, Inc., All D/B/A Medtronic Neuromodulation**

For:
The Meyerson Law Firm, P.C.
2224 Walsh Tarlton Lane
Ste. 120
Austin, TX  78746

Received by Austin Process LLC on the 24th day of June, 2015 at 10:23 am to be served on **Medtronic USA, Inc.
DBA Medtronic Neuromodulation by serving its Registered Agent, CT Corporation, 1999 Bryan Street, Ste.
900, Dallas, TX 75201**.

I, Nicole M. Hybner, being duly sworn, depose and say that on the 29th day of June, 2015 at 9:40 am, I:

**SERVICE BY CERTIFIED MAIL** served by delivering a true copy of the **Citation and Plaintiff's Original Petition
and Request for Disclosure** with the date of service endorsed thereon by me, to: **Chris Wells, CT Corporation**
at the address of: **1999 Bryan Street, Ste. 900, Dallas, TX 75201**, and informed said person of the contents
therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/24/2015  10:28 am  Sent CMRRR 7014 3490 0000 6400 0703; Return Receipt #9590 9401 0006 5071 0365 17

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified
Process Server, in good standing, in the judicial circuit in which the process was delivered.  The facts stated in this
affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 1st day of
July, 2015 by the affiant who is personally known to
me.

NOTARY PUBLIC

DANE R CUPPETT
My Commission Expires
December 8, 2017

Nicole M. Hybner
SCH-9631, Exp. 4/30/18

**Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071**

Our Job Serial Number: MST-2015003000
Ref: Valdez v. Medtronic, et al.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t

Case Number:  D-1-GN-15-002471

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Medtronic USA, Inc
    c/o CT Corporation
    1999 Bryan Street, Ste. 900
    Dallas, TX  75201
    Our Job No 3000

9590 9401 0006 5073 9365 17

2. Article Number (Transfer from service label)

    7014 3490 0000 6400 0703

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

JUN 2 9 2015

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
     (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Unofficial copy Travis Co. District Clerk Velva L. Price