IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 APR 18 PM 1:49
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| JOSE NORBERTO VALDEZ,<br>    PLAINTIFF, | §<br>§<br>§ |
| V. | §<br>§   CAUSE NO. 1:15-CV-602-LY |
| MEDTRONIC USA, INC. AND<br>MEDTRONIC, INC., BOTH D/B/A/<br>MEDTRONIC NEUROMODULATION,<br>    DEFENDANT. | §<br>§<br>§<br>§ |

### FINAL JUDGMENT

Before the court in the above styled and numbered cause is the parties' Joint Stipulation for Dismissal with Prejudice filed April 13, 2016 (Clerk's Doc. No. 68). The court has reviewed and approves the stipulation. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above numbered cause of action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties bear their own costs of court and attorney's fees.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** this ___18th___ day of April, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE